UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE MARINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-CV-26 CAS |
| | ) | |
| U.S. BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on attorney Christopher T. Lane's motion for admission pro hac vice pursuant to Rule 12.01(E) of the Local Rules of the United States District Court for Eastern District of Missouri. This rule provides in pertinent part:

> An attorney who is not regularly admitted to the bar of this Court, but who is a member in good standing of the bar of the highest Court of any state or the District of Columbia, may be admitted pro hac vice for the limited purpose of appearing in a specific action. Unless allowed by a judge for good cause, an attorney may not be granted admission pro hac vice if the applicant resides in the Eastern District of Missouri, is regularly employed in the Eastern District of Missouri, or is <u>regularly engaged in the practice of law in the Eastern District of Missouri</u>.

E.D. Mo. L.R. 12.01(E) (emphasis added).

Mr. Lane's motion for pro hac vice admission states that he is not regularly engaged in the practice of law in this district. It has come to the Court's attention, however, that Mr. Lane has appeared as counsel in twelve other cases in this district, in addition to the instant matter. The cases are:

1. 4:04-CV-00551-TCM, <u>Wendt v. American Express Travel Related Servs. Co. et al.</u>;

2. 4:05-CV-00643-RWS, <u>Niederriter v. CSC Credit Servs., Inc. et al.</u>;

3. 4:05-CV-00882-CAS, <u>Zona v. May Dep't Stores Co., et al.</u>;

4. 4:05-CV-01091-ERW, O'Brien v. Equifax Info. Servs., LLC et al.;

5. 4:05-CV-01545-RWS, Murphy v. Midland Credit Mgmt., Inc. et al.;

6. 4:07-CV-00256-SNL, May v. Celco P'ship, et al.;

7. 4:07-CV-00339-DJS, Kimbrough v. Trans Union, LLC;

8. 4:07-CV-00375-CDP, May v. Countrywide Home Loans, Inc. et al.;

9. 4:07-CV-00646-HEA, Young v. HSBC Mortgage Servs, Inc. et al.;

10. 4:07-CV-01099-RWS, Boewer et al v. GMAC Mortgage Corp.;

11. 4:07-CV-01917-ERW, Farrell v. Equifax Info. Servs., LLC. et al.; and

12. 4:08-CV-00023-RWS, Sebben v. Bank of Am., N.A. et al.

The Court believes that with this frequency of appearances, Mr. Lane is regularly employed in this district and therefore is not eligible for pro hac vice admission. Within seven (7) days of the date of this order, Mr. Lane will be ordered to either (1) file a verified statement that he will submit an application for admission to practice before this Court pursuant to Local Rule 12.01(C) no later than June 26, 2008, or (2) seek leave to withdraw his entry of appearance in this case. If Mr. Lane files a statement that he will seek admission to the bar of this Court, the Court will grant the motion for admission pro hac vice to permit interim admission for purposes of this case.

Accordingly,

**IT IS HEREBY ORDERED** that within seven (7) days of the date of this Order, attorney Christopher T. Lane shall either (1) file a verified statement that he will submit an application for admission to practice before this Court pursuant to Local Rule 12.01(C) no later than June 26, 2008, or (2) seek leave to withdraw his entry of appearance in this case.

**IT IS FURTHER ORDERED** that the motion for pro hac vice admission filed by Mr. Lane remains pending.

**IT IS FURTHER ORDERED** that in the event Mr. Lane elects to seek leave to withdraw his entry of appearance in this case rather than seek admission to practice before this Court, he shall attach a copy of this order to any future motions for admission pro hac vice that he files in this district.

                                                **CHARLES A. SHAW**
                                                **UNITED STATES DISTRICT JUDGE**

Dated this   27th   day of May, 2008.