UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE MARINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-CV-26 CAS |
| | ) | |
| U.S. BANK, GREAT SENECA FINANCIAL, | ) | |
| FIRST RESOLUTION INVESTMENT, | ) | |
| EQUIFAX, TRANS UNION, and | ) | |
| EXPERIAN, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Great Seneca Financial and against plaintiff on all claims alleged in plaintiff's complaint.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 11th day of August, 2008.